| Cause number: | 01-13-00923-CV |
|---|---|
| Style: | Virginia Dailey and John W. Dailey |
| | v. Frank Dailey and Terry Dailey |
| | |

| | |
|---|---|
| Date motion filed*: | November 12, 2013 |
| Type of motion: | Appellants' request for extension to file appellants' brief |
| Party filing motion: | Appellants |
| Document to be filed: | Appellants' brief |

Is appeal accelerated?     No

If motion to extend time:

      Original due date: **December 13, 2013**

      Number of previous extensions granted:        Current Due date:

      Date Requested:

Ordered that motion is:

    ☐     Granted

          If document is to be filed, document due:

          ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

    ☐     Denied

    ☑     Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐     Other: _____

   Appellants, Virginia Dailey and John W. Dailey, filed a response to appellees' objection to appellants' motion to extend time to file brief in which they request that the Court extend the time to file their brief. At the time appellants' filed their request, a briefing date had not been set in this appeal. *See* TEX. R. APP. P. 38.6(a). Accordingly, we dismiss appellants' request to extend the time to file their appellants' brief as moot. Appellants' brief in this appeal remains due to be filed no later than December 13, 2013.

Judge's signature: /s/ Jim Sharp

                ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: November 26, 2013